UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JIMMY E. WELLS,<br><br>                Plaintiff,<br><br>      v.<br><br>PIERCE COUNTY JAIL, *et al.,*<br><br>                Defendants. | Case No.  C07-5233 RJB/K/S<br><br>ORDER TO SHOW CAUSE |

       This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on Plaintiff's application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis.*

       On May 10, 2007, the Clerk received Plaintiff's complaint and application to proceed *in forma pauperis.* (Dkt. # 1).  On May 15, 2007, the Clerk sent a letter to Plaintiff, informing Plaintiff that he must either pay the court filing fee or submit a proper application to proceed *in forma pauperis* on or before June 14, 2007, or this matter could be subject to dismissal. (Dkt. # 2).

       Pursuant to 28 U.S.C. § 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal,

ORDER
Page - 1

obtained from the appropriate official of each prison at which the prisoner is or was confined.

Plaintiff was required to submit a statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his complaint.   He has not done so.

Accordingly, the Court **ORDERS** the following:

(1) Plaintiff shall seek to cure the above deficiencies by paying the full $350.00 court filing fee or filing a proper application to proceed *in forma pauperis* **no later than July 31, 2007,** by submitting, along with his application, a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2) showing the balance and activity of his account(s) for the six-month period immediately preceding the filing of his complaint. **Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 21st day of June, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2